UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kim Goedde dba
KimsHollywoodList.com,
        Plaintiff,

      v.

Jack Shamama *et al.*,
        Defendant(s).
_____/

CASE NO.  3:13-00195 JST

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐   not yet reached an agreement to an ADR process

X   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference:  April 17 (parties have requested continuance to July 3)

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Mike Rodenabugh | Plaintiff | (415) 738-8087 | mike@rodenbaugh.com |
| Chris Ridder | Defendants | (415) 391-3311 | chris@rcjlawgroup.com |
| Benjamin Costa | Defendants | (415) 391-3311 | ben@rcjlawgroup.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: March 28, 2013                                                /s/ Mike Rodenbaugh
                                                                                              Attorney for Plaintiff

Dated: March 28, 2013                                                /s/ Chris Ridder
                                                                                              Attorney for Defendant