UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM GOEDDE,<br><br>    Plaintiff,<br><br>v.<br><br>JACK SHAMAMA, et al.,<br><br>    Defendants. | Case No. 13-cv-00195-JST<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 9, 11 |

The parties have requested an early settlement conference with a Magistrate Judge under Civil Local Rule 16-8. *See* Dkt. Nos. 9, 11. Accordingly, this action is referred to a randomly assigned Magistrate Judge for settlement purposes only. The parties will be advised of the date, time, and place of the settlement conference by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 1, 2013

                                  JON S. TIGAR
                              United States District Judge