AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

| | |
|---|---|
| KIM GOEDDE<br>Plaintiff (s),<br>V.<br>JACK SHAMAMA, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:13-00195 JST |

Notice is hereby given that, subject to approval by the court, __Fauxjob Industries__ substitutes
(Party (s) Name)

__Timothy P. Dillon, Esq.__, State Bar No. __190839__ as counsel of record in
(Name of New Attorney)

place of __Chris Ridder, Esq. and Benjamin Costa, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        DILLON & GERARDI, APC
Address:          5872 Owens Avenue, Suite 200, Carlsbad CA, 92008
Telephone:        (858) 587-1800                Facsimile   (858) 587-2587
E-Mail (Optional): tdillon@dillongerardi.com

I consent to the above substitution.
Date:   May 2, 2013                                      _____
                                                           (Signature of Party (s))

I consent to being substituted.
Date:   April 25, 2013                                   _____
                                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   MAY 2, 2013                                      _____
                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   May 6, 2013

**IT IS SO ORDERED**
Judge Jon S. Tigar

[Note: A separate consent order of substitution must be filed by each new attorney...]