≥AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

KIM GOEDDE

Plaintiff (s),

V.

JACK SHAMAMA, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-00195 JST

Notice is hereby given that, subject to approval by the court, Jack Shamama substitutes

(Party (s) Name)

Timothy P. Dillon, Esq. , State Bar No. 190839 as counsel of record in

(Name of New Attorney)

place of Chris Ridder, Esq. and Benjamin Costa, Esq.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: DILLON & GERARDI, APC

Address: 5872 Owens Avenue, Suite 200, Carlsbad CA, 92008

Telephone: (858) 587-1800   Facsimile (858) 587-2587

E-Mail (Optional): tdillon@dillongerardi.com

I consent to the above substitution.

Date: May 2, 2013

(Signature of Party (s))

I consent to being substituted.

Date: April 25, 2013

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: MAY 2, 2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 6, 2013

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]