AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

KIM GOEDDE

         Plaintiff (s),

V.

JACK SHAMAMA, et al.

         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-00195 JST

Notice is hereby given that, subject to approval by the court, __Michael Stabile__ substitutes
(Party (s) Name)

__Timothy P. Dillon, Esq.__, State Bar No. __190839__ as counsel of record in
(Name of New Attorney)

place of __Chris Ridder, Esq. and Benjamin Costa, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: DILLON & GERARDI, APC
    Address: 5872 Owens Avenue, Suite 200, Carlsbad CA, 92008
    Telephone: (858) 587-1800      Facsimile (858) 587-2587
    E-Mail (Optional): tdillon@dillongerardi.com

I consent to the above substitution.
Date: April 25, 2013
                                  (Signature of Party (s))

I consent to being substituted.
Date: April 25, 2013
                                  (Signature of Former Attorney (s))

I consent to the above substitution.
Date: MAY 2, 2013
                                  (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 6, 2013

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]