UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM GOEDDE,

    Plaintiff,

v.

JACK SHAMAMA, et al.,

    Defendants.

Case No.  13-cv-00195-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

Re: Dkt. No. 25

    The parties stated on the record on June 12, 2013, that they have settled this action. *See* Dkt. No. 25.  Accordingly, all deadlines and hearings in this case are VACATED.  By September 9, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

    Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: June 12, 2013

_____
JON S. TIGAR
United States District Judge