UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM GOEDDE,

          Plaintiff,

    v.

JACK SHAMAMA, et al.,

          Defendants.

Case No.  13-cv-00195-JST

**ORDER TO SHOW CAUSE AND ORDER SETTING CASE MANAGEMENT CONFERENCE**

Re: ECF Nos. 25, 26

The parties stated on the record on June 12, 2013, that they have settled this action.  See ECF No. 25.  Accordingly, on June 12, 2013, the Court vacated all deadlines and hearings in this case and ordered the parties to file by September 9, 2013, either a stipulation of dismissal or a one-page joint statement explaining why they could not file such a stipulation.  ECF No. 26.  The Court further noted that a failure to comply with that order could result in sanctions.

As of the date of this order, the parties have filed neither a stipulation nor a statement as required by the Court's June 12, 2013, order.  Accordingly, each party shall, by September 27, 2013, show cause, in writing, why that party should not be sanctioned.  A case management conference will be held on October 9, 2013.  The Court may vacate the conference if the paties file a stipulation of dismissal by September 27, 2013.

**IT IS SO ORDERED.**

Dated: September 10, 2013

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California